No. A–369.   MARTIN *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, is granted pending the timely filing and disposition by this Court of a petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

No. D–588.   IN RE DISBARMENT OF SPEERT.   It is ordered that Victor Allen Speert, of Austin, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–589.   IN RE DISBARMENT OF BENEDICT.   It is ordered that Mark J. Benedict, of San Antonio, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–590.   IN RE DISBARMENT OF KAZDOY.   It is ordered that Alan Craig Kazdoy, of Midlothian, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 84–6075.   TISON *v.* ARIZONA (two cases).   Sup. Ct. Ariz. [Certiorari granted, 475 U. S. 1010.]   Motion of petitioners for leave to file a supplemental brief after argument granted.